NO. 04-15-00183-CR

FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS

RICHARD LARES,
Appellant

V.

THE STATE OF TEXAS,
Appellee



MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

TO THE HONORABLE JUSTICES OF SAID COURT:

Now Comes, Richard Lares, Appellant in the above styled and numbered cause, and moves this Court to Grant an extension of time to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1. This Case is on Appeal from the 399th Judicial District Court of Bexar County Texas.

2. The case below was styled the STATE OF TEXAS vs.Richard Lares, and numbered 2016-CR-10110.

3. Appellant was convicted of Aggravated Sexual Assault of a Child and Sentenced to thirty (30) years and a $1,500.00 fine was assessed on August 11,2009 in a "Judgment of Conviction by Court - Waiver of Jury Trial."

4. On January 26,2015, the 399th District Court signed a Judgment Nunc Pro Tunc.

5. On February 25,2015, Appellant placed a "Motion to Arrest Judgment" in a prison mail box(file dated by the Court as March 5,2015).

6. On March 15,2015, Appellant placed a "Notice of Intent to Appeal"the trial court's ruling on his Motion to Arrest Judgment in the prison mail box, but was filed dated by the Court on March 19,2015.

7. On March 19,2015, attorney Barry P. Hitchings was appointed as Appellant's attorney on direct appeal.

8. On April 7,2015, the Fourth Court of Appeals issued an Order for Appellant to show cause why the Fourth Court of Appeals has jurisdiction in this appeal because Appellant's Notice of Appeal appeared untimely.

9. On May 1, 2015, the 399th District Court judge signed an Order denying Appellant's Motion to Arrest Judgment.

10. On May 13,2015, the Fourth Court of Appeals issued an Order which recited, in part: "Based on the record before us, we conclude Appellant's notice of appeal was timely filed and we have jurisdiction over this appeal. We reinstate the appellate deadlines. Appellant's brief is due within thirty days of the date of this order."

11. On May 28,2015, Appellant filed a "pro se" "Motion for Leave to Amend Notice of Appeal" which was filed in the Court of Appeals on June 2,2015 in a Supplemental Clerk's Record.

12. On May 29,2015, Appellant's court appointed attorney on direct appeal Barry P. Hitchings filed an "Amended Notice of Appeal" with the trial court which was filed in the Court of Appeals on June 1,2015 in a Supplemental Clerk's Record.

13. The Clerk's Record was filed on April 2,2015.

14. On May 1,2015 the Reporter's Record(of the June 10,2009 Plea Hearing) was filed with the Fourth Court of Appeals by Court Reporter Cheryl Lyren.

15. On June 4,2015 the Reporter's Record(of the August 10,2009 Punishment/Sentencing hearing) was filed with the Fourth Court of Appeals by Court Reporter Yvette Mendez.

16. The appellate brief is presently due on June 12,2015 pursuant to the Fourth Court of Appeals Order dated May 13,2015.

17. Appellant requests an extension of time of 30 days from the present date of June 21,2015.

18. Appellant's counsel filed an Anders brief in this case and a motion to withdraw on June 12,2015,without interviewing in person and no phone communication.

19. Appellant wishes to correct appellant counsel's Anders brief to the effect that counsel mis applied clearly established law and may not have had a grip on the application of law.

20. Appellant is Mentally Ill and without normal mental faculties that persons of sound mind have.

21. Appellant is currently incarcerated in prison.

22. Appellant relies on the following facts as good cause for the requested extension:

Appellant's counsel has provided a copy of the appellate record to me. I will need additional time to review these documents of the record, research the applicable laws and prepare a pro se brief because even if appellant provides a Motion for reappointment of an Appellant Counsel who has expirence with clients who suffer from mental ill and disorders, appellant believes that he will be prejudice once again by appointed counsel due to the nature of the alleged offense and the emotional attachments along with it.

WHEREFORE, PREMISES CONSIDERED, Appellant Prays that this Court Grant this Motion To Extend Time to File Appellant's Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully Submitted,

_RICHARD LARES,Pro Se_

CERTIFICATE OF SERVICE

This is to certy that on June 21,2015, a true and correct copy of the above and foregoings documents was served on the District Attorney's Office, Bexar County, Texas.

_RICHARD LARES_

Dear Clerk of the Fourth Court of Appeals

Date: June 21, 2015

I, Richard Lares, 04-15-00183-CR, Case, have enclosed my Motion to Extend Time to File Appellant's Brief due to Counsel's Notice of withdrawal on June 19, 2015.

Please submit my Pro Se Motion to the honorable Justices of said court.

Thank you!

FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS
2015 JUN 24 AM 11:10
KEITH E. HOTTLE, CLERK

Respectfully,



Richard Lares, Pro Se
"De Oppresso Liber"

Richard Lane 1592255
Pack 1 Unit
2400 Wallace Pack Rd.
Navasota, Tx. 77868

FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO

2015 JUN 24 AM 11:10

KEITH E. HOTTLE CLERK

NORTH HOUSTON TX 773
22 JUN 2015 PM 9 L

Clerk for the Fourth Court
of Appeals
Cadena-Reeves Justice Center
300 Dolorosa, Suite 3200
San Antonio, Tx. 78205-3037